UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD GOLDMAN,

                Plaintiff,

– against –

ELI WEISMAN,

                Defendant.

**ORDER**

23-cv-9602 (ER)

Ramos, D.J.:

    At the February 13, 2024 status conference, Goldman was directed to file a second amended complaint by February 20, 2024, and the Court set a briefing schedule for Weisman's motion to dismiss. Feb. 13, 2024 Minute Entry. Goldman filed the amended complaint on February 27, 2024, a week late, and mislabeled it the "third amended complaint. *See* Doc. 14. The Clerk's Office rejected the complaint as deficient for those reasons.

    Goldman is directed to properly refile the second amended complaint by **March 7, 2024.** The briefing schedule for the motion to dismiss the second amended complaint is amended as follows: moving papers due March 28, 2024; response due April 18, 2024; and reply due April 25, 2024.

    It is SO ORDERED.

Dated:   March 5, 2024
            New York, New York

                                                            Edgardo Ramos, U.S.D.J.