UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD GOLDMAN,

                Plaintiff,

– against –

ELI WEISMAN,

                Defendant.

**ORDER**

23-cv-9602 (ER)

Ramos, D.J.:

At the February 13, 2024 status conference, Goldman was directed to file a second amended complaint by February 20, 2024, and the Court set a briefing schedule for Weisman's motion to dismiss.  Feb. 13, 2024 Minute Entry.  Goldman filed the amended complaint on February 27, 2024, a week late, and mislabeled it the "third amended complaint.  *See* Doc. 14.  The Clerk's Office rejected the complaint as deficient for those reasons.

On March 5, 2024, the Court directed Goldman to properly refile the second amended complaint by March 7, 2024 and set a briefing schedule.  Doc. 17.

Goldman filed a document still titled a "third amended complaint" on March 8, 2024.  Doc. 18.  The Clerk's Office therefore again rejected the complaint as deficient for being untimely and mislabeled.  On March 12, 2024, Goldman attempted to refile the same document without correcting the title or seeking leave of Court for the untimely filing.  Doc. 19.  The Clerk's Office therefore again rejected the complaint as deficient.

Goldman now writes to the Court that his office was "experiencing technical difficulties with the electronic court filing system" and claims that his filings were timely.  Doc. 20 at 1.  Given that "the clerk continues to reject [his] filing," he asks that the Court accept the amended

complaint attached to his letter. Doc. 20 at 1–2. He did not attach an amended complaint to the letter.

Goldman is again directed to properly file the second amended complaint.

- He must do so by **March 18, 2024**.

- He must title it the **Second Amended Complaint.**

Additionally, the briefing schedule for the motion to dismiss the second amended complaint is amended as follows: moving papers due April 8, 2024; response due April 29, 2024; and reply due May 6, 2024.

It is SO ORDERED.

Dated:   March 14, 2024
         New York, New York

_____
Edgardo Ramos, U.S.D.J.